UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| JOHN MICHAEL SCHLIM,<br><br>    Plaintiff,<br><br>    v.<br><br>THOR MOTOR COACH INC, et al.,<br><br>    Defendants. | Case No. 3:23-CV-968-CCB-MGG |

## ORDER

Pursuant to the Joint Stipulation to Dismiss [DE 46] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs and legal fees. The Clerk is DIRECTED to close this case.

SO ORDERED.

July 19, 2024

                                                   /s/*Cristal C. Brisco*
                                                   CRISTAL C. BRISCO, JUDGE
                                                   UNITED STATES DISTRICT COURT